# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN FREELOVE,
Appellant,

vs.

LYNSEY FREELOVE,
Respondent.

No. 79948

FILED

JAN 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 6, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Bridget E. Robb, District Judge
Justin Freelove
Anderson Keuscher, PLLC
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

20-03514